**DISMISS and Opinion Filed October 8, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00965-CV

**FRENCHIE ADAMS, Appellant**
**V.**
**AMBLR PROPERTIES, LLP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04131-C**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Kennedy

Appellant's brief in this appeal is overdue. By postcard dated August 21, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE

230965F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FRENCHIE ADAMS, Appellant

No. 05-23-00965-CV          V.

AMBLR PROPERTIES, LLP,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-04131-
C.

Opinion delivered by Justice
Kennedy. Justices Molberg and
Breedlove participating.


In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered October 8, 2024